**BOIES SCHILLER FLEXNER LLP**
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *ccaldwell@bsfllp.com*
ALBERT GIANG, State Bar No. 224332
  *agiang@bsfllp.com*
ARWEN R. JOHNSON, State Bar No. 247583
  *ajohnson@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

**SACRO & WALKER LLP**
JOHN WALKER, State Bar No. 106790
  *jwalker@sacrowalker.com*
701 North Brand Boulevard, Suite 800
Glendale, California 91203
Telephone: (818) 672-5965
Fax: (818) 721-9670

Attorneys for Defendant AMERICAN INCOME LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISA GOLZ, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 18-CV-09879-R-SS<br><br>**ORDER ENTERING STIPULATION FOR PROTECTIVE ORDER**<br><br>The Honorable Manuel L. Real |

Based on the concurrently-filed Stipulation for Protective Order ("Stipulation"), and good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is GRANTED and entered in this action. The terms of the Stipulation shall take effect immediately.

**IT IS SO ORDERED.**

DATED: March 4, 2019

By _____
HONORABLE MANUEL L. REAL
United States District Judge

Prepared By:

DATED: February 28, 2019    BOIES SCHILLER FLEXNER LLP
SACRO & WALKER LLP

By ____/s/ Albert Giang____
ALBERT GIANG
Attorneys for Defendant
AMERICAN INCOME LIFE INSURANCE COMPANY

2                                    18-CV-09879-R-SS
ORDER