**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Dr., Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff Alisa Golz

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA GOLZ, an individual, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INCOME LIFE INSURANCE COMPANY, an Indiana corporation; TORCHMARK CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 2:18−cv−09879-MWF (PJWx) <br><br> **ORDER DISMISSING ACTION** <br><br> The Honorable Michael W. Fitzgerald |

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any putative class members. The parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: April 1, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge